**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :    No. 277 EAL 2016

             Respondent

                             :    Petition for Allowance of Appeal from
                             :    the Order of the Superior Court

            v.

JHOLY IDY,

             Petitioner                 :


**ORDER**


**PER CURIAM**

      **AND NOW**, this 9th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.